JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  5:23-cv-00521-JLS-SHK                                      Date:  April 25, 2023
Title:  Valley Forge Insurance Company v. Wesco Insurance Company

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                    Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER REMANDING ACTION**

   On April 7, 2023, the Court issued an order to show cause why this case should not be remanded for lack of subject matter jurisdiction.  (Doc. 10.)  The Court ordered Defendant to respond within seven days, noting that "[f]ailure to timely respond will result in the immediate remand of the case."  (*Id.*)  Defendant failed to respond to the Court's Order.
   Accordingly, the Court REMANDS this action to Riverside County Superior Court, Case No. CVRI2300798.

                                                                                    Initials of Preparer:  vrv